**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00671-CR

**DEMARKO DEON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F11-27720-H**

## ORDER

The Court **GRANTS** appellant's September 17, 2013 motion to extend time to file a motion for rehearing to the extent that appellant is **ORDERED** to file his motion for rehearing, if any, by **TUESDAY the 8th of OCTOBER 2013**.

/David Evans/
DAVID EVANS
JUSTICE